*In re* ILLINOIS BELL SWITCHING STATION LITIGATION
First District (2nd Division)   No. 1—89—0974

Opinion filed July 30, 1991.

On October 23, 1992, the Appellate Court, First District, withdrew the July 30, 1991, opinion in case No. 1—89—0974, published at 218 Ill. App. 2d 224. A new opinion was subsequently filed June 30, 1992, and is now published at 234 Ill. App. 3d 457.